UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

                CASE NO.:  19-25189-JKO

DEBORAH JOY BISE,             Chapter 13

    Debtor.
_____/

## OBJECTION TO CLAIM ON SHORTENED NOTICE

**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

**This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.  Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).**

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the debtor objects to the following claim filed in this case:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 6 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | $28,314.05 | Basis for Objection:  Debtor objects to this claim as she had no taxable or negligible income in 2015, 2016, 2017 and 2018.<br>Recommended Disposition:  The claim should be stricken in its entirety. |

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing dated and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and the notice of hearing are served.

Date:  February 6, 2020.        **FLORIDA DEBT RELIEF CENTER, LLC**
                                       Attorneys for the Debtor
                                        2385 NW Executive Center Drive, Suite 100
                                        Boca Raton, Florida 33431
                                        Telephone:  (954) 535-9905
                                        Facsimile:  (954) 337-8500 fax
                                        jeff@itsjustdebt.com

                                        By:  /s/ Jeffrey H. Tromberg, Esq.
                                            Florida Bar No.:  882542

LF-70 (rev. 12/01/09)